No. 1024. RULE *v.* SEARS ET AL. May 13, 1946. Petition for writ of certiorari to the Supreme Court of California denied. *Kenneth E. Grant* for petitioner. *Pierce Works* for respondents.

No. 1035. PITTMAN ET AL. *v.* UNITED STATES. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Jesse Kilgore Brockman* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 1037. CHAHOON *v.* HICKEY, COLLECTOR OF INTERNAL REVENUE. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Laurence Graves* for petitioner. *Solicitor General McGrath, Sewall Key* and *J. Louis Monarch* for respondent.

No. 1042. LINE MATERIAL CO. ET AL. *v.* OOMS, COMMISSIONER OF PATENTS. May 13, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Charles F. Meroni, Carlton Hill* and *William A. Smith, Jr.* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for respondent.

No. 1070. TRUCCO *v.* ERIE RAILROAD CO. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Edward E. Petrillo* for peti-